judicia . department, entered April 25, 1924, which dismissed an appeal by the defendants from a judgment entered against them by default.

The motion was made upon the grounds that no under-taking on appeal has ever been served and on the further grounds that appellants have never taken any steps to prosecute the said appeal.

*Bernard H. King* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

WELLESLEY RICHARDS et al., Respondents, *v.* EDWARD W. BROWNING, Appellant.

*Appeal — motion to dismiss appeal granted where case originated in City Court and permission to appeal had not been obtained.*

*Richards* v. *Browning*, 214 App. Div. 665, appeal dismissed.

(Submitted March 1, 1926; decided March 4, 1926.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 24, 1925, which reversed a determination of the Appellate Term reversing a judgment of the City Court of the city of New York in favor of plaintiffs and reinstated said City Court judgment.

The motion was made upon the grounds that this court had no jurisdiction to entertain an appeal originating in a court of inferior jurisdiction, permission to appeal not having been obtained.

*Abraham H. Sarasohn* for motion.

*Charles G. F. Wahle* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.